# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. BONNET, | ) |
| Plaintiff, | ) Case No. 2:11-cv-00315-RLH-GWF |
| vs. | ) **ORDER** |
| HARVEST (US) HOLDINGS, INC., *et al.*, | ) |
| Defendants. | ) |

   This matter comes before the Court on Trek's Response to Order to Show Cause (#15), filed on October 11, 2011.  On September 27, 2011, the Court issued an Order to Show Cause (#12) as to why the Court should not hold Trek Petroleum Company in civil contempt for their failure to respond to the Court's previous Order (#4) and the subpoena dated May 23, 2011.

   On October 11, 2011, Trek submitted a letter (#15) to the Court in response to the Order to Show Cause.  Trek states that on October 10, 2011, it received the Court's Order to Compel (#9) via FedEx from Incorp. Services Inc. (its resident agent), but had no way to determine the order's legitimacy.  Trek states that it is not in the practice of disclosing confidential information to third persons without confirmation that the document is an official court document.   Trek further claims that "upon confirmation from the Court that the Order to Compel is an official document of the court we are prepared to provide the court with the financial information requested."

   While the Court is not persuaded by Trek's response to the Court's Order to Show Cause, the Court will accept Trek's representations that upon confirmation that the Court's Order (#9) is an official order, they will disclose the subpoenaed documents.  Trek requests direct confirmation from the Court, yet they neglect to provide the Court will a method of providing that confirmation.  Incorp Services Inc. is the resident registered agent for Trek, and the Court will therefore order the

Clerk of Court to send a copy of this Order and the Court's previous Order (#9) to Incorp Services.  Further, the Court received Trek's response via facsimile from fax number 1-432-268-9020.  The Court will direct the Clerk of Court to send a copy of this Order and the Court's previous Order (#9) to Trek via facsimile.

Trek further indicated that it will provide the subpoenaed documents to the Court.  The Court however orders Trek to provide the requested documents to Defendants Harvest Holdings Inc. and Elton Blackhair.  Harvest Holdings Inc. and Elton Blackhair can be contacted through their counsel Brian G. Anderson at Holland & Hart, LLP., 9555 Hillwood Drive, Second Floor, Las Vegas, Nevada 89134.   Failure to comply with this Order will result in the imposition of sanctions.  Accordingly,

**IT IS HEREBY ORDERED** that Trek Petroleum Company shall comply with the Court's Order #9 within **ten (10) days** from the date of this Order.  Failure to comply will result in sanctions.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order and the Court's Order (#9) entered on September 21, 2011 to Trek Petroleum Company by via U.S. Mail to Incorp Services, Inc. as Resident Agent For Trek Petroleum Company, 2360 Corporate Circle, Ste. 400, Henderson, Nevada 89074-7722, and via facsimile to fax # 432-368-9020.

DATED this 14th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge