1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

7
8   ROBERT C. BONNET and BOBBY BONNET )      Case No.: 2:11-CV-00315-APG-GWF
    LAND SERVICES,                       )
9                                        )
              Plaintiffs,                )
10                                       )
         vs.                             )
11                                       )
    HARVEST US HOLDINGS INC., et al.,    )
12                                       )
              Defendants.                )
13  _____     )

14                          **O R D E R**

15        There having been no activity in this case since October 2011, IT IS ORDERED that this

16  case is hereby DISMISSED.

17        DATED this 3rd day of February, 2014.

18                                    _____
19
                                      **ANDREW P. GORDON**
20                                    **UNITED STATES DISTRICT JUDGE**

21
22
23
24
25
26

1