# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

ROBERT C. BONNET and BOBBY BONNET )
LAND SERVICES,                                )
                                                        )          Case No.: 2:11-CV-00315-APG-GWF
                Plaintiffs,                      )
                                                        )
        vs.                                            )
                                                        )
HARVEST US HOLDINGS INC., et al.,    )
                                                        )
                Defendants.                    )
                                                        )

## O R D E R

There having been no activity in this case since October 2011, IT IS ORDERED that this case is hereby DISMISSED.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1